LITTLER MENDELSON, P.C.
18565 Jamboree Road, Suite 800
Irvine, California 92612
949.705.3000

Note Changes Made by Court

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FERNANDEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DEXIAN, LLC., Delaware Limited Liability Company; DIGITAL INTELLIGENCE SYTEMS, LLC., a Delaware Limited Liability Company; SIGNATURE COMMERCIAL SOLUTIONS, LLC., a Florida Limited Liability Company; SOUTHERN CALIFORNIA EDISON COMPANY, a California Corporation; and DOES 1-10,<br><br>Defendants. | Case No. 2:26-cv-01076-JFW(DFMx)<br><br>**ORDER GRANTING JOINT STIPULATION TO ARBITRATE AND REMAND TO STATE COURT**<br><br>District Judge:     John F. Walter<br>Magistrate Judge:   Douglas F. McCormick |

### ORDER

The Court, having reviewed the Parties' Joint Stipulation and good cause appearing therefore, hereby orders as follows: The Stipulation is **GRANTED**.

IT IS HEREBY ORDERED that all of Plaintiff's claims in this action against all Defendants shall be submitted to binding arbitration, pursuant to the parties' Arbitration Agreement.

IT IS FURTHER ORDERED THAT this action is hereby remanded to the Superior Court of California, County of Los Angeles.

Each Party to bear their own attorneys' fees and costs in relation to the remand.

**IT IS SO ORDERED.**

Dated: March 5, 2026

_____
Hon. John F. Walter
UNITED STATES DISTRICT JUDGE